IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ANDERSON NEWS, LLC, | : | Case No. 09-10695 (CSS) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| AMERICAN MEDIA, INC., BAUER | : | |
| MAGAZINE L.P., BAUER PUBLISHING | : | |
| COMPANY, L.P., HEINRICH BAUER | : | |
| NORTH AMERICA, INC., HEINRICH | : | |
| BAUER PUBLISHING, L.P., CURTIS | : | |
| CIRCULATION COMPANY, LLC, | : | |
| KABLE DISTRUBITION SERVICES, | : | |
| INC., and TIME WARNER RETAIL | : | |
| SALES & MARKETING, INC., | : | |
| on behalf ANDERSON NEWS, LLC, | : | |
| DEBTOR and DEBTOR IN POSSESSION | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Adv. Proc. No. 11-53811 (CSS) |
| ANDERSON MANAGEMENT | : | |
| SERVICES, INC., ANDERSON MEDIA | : | |
| CORPORATION, ANDERSON NEWS | : | |
| COMPANY SOUTHWEST, LLC, | : | |
| ANDERSON SERVICES, LLC, | : | |
| BROOKVALE HOLDINGS, LLC, | : | |
| DISPLAY SERVICES, INC., FIRST | : | |
| MEDIA CAPITAL CORPORATION, | : | |
| MSOLUTIONS, LLC, PROLOGIX | : | |
| DISTRIBUTION SERVICES EAST, LLC, | : | |
| And TWIN RIVERS TECHNOLOGY | : | |
| GROUP, LLC. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of the Motion to Stay Adversary Proceeding No. 11-53811

Pursuant to Rule 5011 (c) of the Federal Rules of Bankruptcy Procedure Pending Ruling

on Motion to Withdraw Reference [D.I. 18] (the "Stay Motion"), and the Motion Pursuant to Del. Bankr. L.R. 5011-1 to Determine Core and Non-Core Status of Claims [D.I. 19] (the "Core v. Non-Core Motion") (collectively, the "Motions");  filed by defendants.  The Court having reviewed the Motions and the objections thereto; as well as the Motion to Withdraw the Reference of Adversary Proceeding Number 11 – 53811 (the "Withdrawal Reference Motion "); the Court having heard the statements of counsel and parties in interest regarding the Motions at a hearing before the Court on March 8, 2012 (the "Hearing"); and the Court finding that notice of the Motions and the Hearing were adequate under the circumstances;

IT IS HEREBY FOUND, DECREED AND ORDERED THAT:

1.    Under section 1334(b) of the Judicial Code, the United States District Court for the District of Delaware has subject matter jurisdiction over the claims asserted in the complaint.

2.    Pursuant to section 157 of the Judicial Code and the Amended Standing Order of Reference, this adversary proceeding was properly referred to the Bankruptcy Court.

3.    *At the very least*, under section 157(c) of the Judicial Code and the Amended Standing Order of Reference, this Court has the judicial authority to issue proposed findings of fact and conclusions of law in this adversary proceeding.

4.    Even if this court lacks the judicial authority to enter final orders in connection with the claims asserted in the complaint, absent further order of the District Court, the Bankruptcy Court is directed under the Amended Standing Order of

Reference "to hear the proceeding and submit proposed findings of fact and conclusions of law to the District Court."

5.      Based upon the foregoing, it is *extremely* unlikely that the District Court will issue an order at this time granting the Withdrawal Reference Motion, which is properly before the District Court. As a result, the Stay Motion is DENIED with prejudice.

6.      Based upon the Amended Standing Order of Reference, at this time it is unnecessary for this court to determine whether the claims asserted in the adversary proceeding are core or non-core under section 157 of the Judicial Code. Thus, the Core v. Non-Core Motion is DENIED without prejudice.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: March 30, 2012