IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ANDERSON NEWS, LLC,<br><br>　　　　　　Debtor.<br><br>―――――――――――――――<br><br>AMERICAN MEDIA, INC., BAUER MAGAZINE L.P., BAUER PUBLISHING COMPANY, L.P., HEINRICH BAUER NORTH AMERICA, INC., HEINRICH BAUER PUBLISHING, L.P., CURTIS CIRCULATION COMPANY, LLC, KABLE DISTRIBUTION SERVICES, INC., and TIME WARNER RETAIL SALES & MARKETING, INC., on behalf of ANDERSON NEWS, LLC, DEBTOR and DEBTOR IN POSSESSION<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDERSON MANAGEMENT SERVICES, INC., ANDERSON MEDIA CORPORATION, ANDERSON NEWS COMPANY SOUTHWEST, LLC, ANDERSON SERVICES, LLC, BROOKVALE HOLDINGS, LLC, DISPLAY SERVICES, INC., FIRST MEDIA CAPITAL CORPORATION, MSOLUTIONS, LLC, PROLOGIX DISTRIBUTION SERVICES EAST, LLC, and TWIN RIVERS TECHNOLOGY GROUP, LLC,<br><br>　　　　　　Defendants. | Chapter 11<br><br>Case No. 09-10695 (CSS)<br><br><br><br><br><br>Adv. Proc. No. 11-53811<br><br><br>**Related Documents:  D.I. 208, 209, 210, 211, 213, 215**<br><br><br><br>**Objection Deadline:  October 15, 2019<br>　　　　　　　　　　at 4:00 p.m.**<br><br>**Hearing Date:  TBD** |

**RENEWED MOTION TO COMPEL WITH RESPECT TO THE
<u>PLAINTIFFS' JULY 7, 2014 DISCOVERY RESPONSES</u>**

Anderson Media Corporation ("**AMC**") and First Media Capital Corporation ("**FMC**")

(jointly, the "**Movants**") hereby file this renewed motion to compel (the "**Renewed Motion to**

**Compel**") with respect to the July 7, 2014 discovery responses from Plaintiffs American Media, Inc., Bauer Magazine L.P., Bauer Publishing Company, L.P., Heinrich Bauer North American, Inc., Heinrich Bauer Publishing, L.P., Curtis Circulation Company, Kable Distribution Services, Inc., and Time/Warner Retail Sales & Marketing, Inc. ("**Plaintiffs**"). This Renewed Motion to Compel is filed pursuant to Fed. R. Bankr. P. 7037, Fed. R. Civ. P. 37 incorporated therein by reference, and Del. Bankr. L.R. 7026-1. True and correct copies of the interrogatories and requests for production of documents served by the Movants on May 6, 2014 (the "**Discovery Requests**") are attached to the Declaration of Grant T. Stein (the "**Stein Declaration**") (D.I. 209, 211) in support of this Renewed Motion to Compel as Exhibits 1, 2, 3, and 4, and the Plaintiffs' answers, objections, and responses (the "**Discovery Responses**") are attached to the Stein Declaration as Exhibits 5, 6, 7, and 8. Accompanying this Renewed Motion to Compel is a certification under Del. Bankr. L.R. 7026-1. For the reasons set forth in the Memorandum in Support of the Renewed Motion to Compel and the Stein Declaration, the relief requested herein should be granted, and an order should be entered substantially in the form of Exhibit A attached to the Memorandum in support of this Renewed Motion to Compel.

LEGAL02/39193701v26
PHIL1 8229819v.1

Respectfully submitted, this 23rd day of September, 2019.

| | |
|---|---|
| OF COUNSEL: | KLEHR HARRISON HARVEY BRANZBURG LLP |
| ALSTON & BIRD LLP<br>Grant T. Stein<br>David A. Wender<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777 | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>dpacitti@klehr.com<br><br>-and-<br><br>Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>Telephone: (215) 568-6060<br>Facsimile: (215) 568-6603<br>mbranzburg@klehr.com<br><br>*Counsel to Anderson Media Corporation and First Media Capital Corporation* |