# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ANDERSON NEWS, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 09-10695 (CSS) |
| AMERICAN MEDIA, INC., *et al.*, on behalf of ANDERSON NEWS, LLC, Debtor and Debtor In Possession,<br><br>          Plaintiffs,<br><br>          v.<br><br>ANDERSON MANAGEMENT SERVICES, INC., *et al.*,<br><br>          Defendants. | Adv. Proc. No 11-53811 (CSS) |

## (REFILED) DECLARATION OF DAVID S. SHUKAN IN SUPPORT OF MOTION TO COMPEL AS TO CERTAIN DEFENDANTS' RESPONSES TO DISCOVERY REQUESTS SERVED BY PLAINTIFFS IN MARCH AND APRIL 2014

OF COUNSEL:

**VALLE MAKOFF LLP**
Jeffrey B. Valle
11911 San Vicente Blvd., Suite 324
Los Angeles, CA 90049
Tel:  (310) 476-0300

**POTTER ANDERSON & CORROON LLP**
Stephen C. Norman (DE Bar No. 2686)
Jeremy W. Ryan (DE Bar No. 4057)
D. Ryan Slaugh (DE Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone:  (302) 984-6000
Facsimile: (302) 658-1192

*Counsel for American Media, Inc., Bauer Magazine L.P., Bauer Publishing Company, L.P., Heinrich Bauer North American, Inc., Heinrich Bauer Publishing, L.P., Curtis Circulation Company, Kable Distribution Services, Inc., and Time/Warner Retail Sales & Marketing, Inc.*

Dated:  September 23, 2019

I, David S. Shukan, declare and state as follows:

1. I am a partner in the law firm of Valle Makoff, LLP, counsel for Plaintiffs in this matter. Except as otherwise identified, I have personal knowledge of the matters stated herein and if called as a witness could and would testify to them.

2. Attached as Exhibit A is a true and correct copy of a meet and confer letter sent by counsel for Plaintiffs to counsel for certain Defendants on or about February 3, 2015.

3. Attached as Exhibit B is a true and correct copy of a responsive meet and confer letter sent by counsel for certain Defendants to counsel for Plaintiffs on or about February 13, 2015.

4. Attached as Exhibit C is a true and correct copy of interrogatories served by Plaintiffs on Defendants on or about April 3, 2014.

5. Attached as Exhibit D is a true and correct copy of interrogatories served by Plaintiffs on Defendant First Media Capital Corporation ("FMC") on or about April 3, 2014.

6. Attached as Exhibit E is a true and correct copy of document requests served by Plaintiffs on Defendants on or about March 18, 2014.

7. Attached as Exhibit F is a true and correct copy of document requests served by Plaintiffs on Defendants on or about April 3, 2014.

8. Attached as Exhibit G is a true and correct copy of document requests served by Plaintiffs on FMC on or about March 18, 2014.

9. Attached as Exhibit H is a true and correct copy of certain Defendants' interrogatory responses, with a stamp reflecting receipt by Plaintiffs on May 7, 2014.

10. Attached as Exhibit I is a true and correct copy of FMC's interrogatory responses, with a stamp reflecting receipt by Plaintiffs on May 7, 2014.

11. Attached as Exhibit J is a true and correct copy of certain Defendants' written responses to document requests, with a stamp reflecting receipt by Plaintiffs on April 24, 2014.

12. Attached as Exhibit K is a true and correct copy of certain Defendants' written responses to document requests, with a stamp reflecting receipt by Plaintiffs on May 7, 2014.

13. Attached as Exhibit L is a true and correct copy of FMC's written responses to document requests, with a stamp reflecting receipt by Plaintiffs on April 24, 2014.

14. On March 3, 2015, counsel for Plaintiffs and counsel for responding Defendants herein held a telephonic meet and confer regarding, among other things, the issues raised in the letters attached hereto as Exhibits A and B. I participated in that discussion. The issues in Plaintiffs' motion to compel accompanying this Declaration were not resolved at that conference and have not been resolved since.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California, on September 23, 2019.

David S. Shukan